United States District Court
Southern District of Texas
**ENTERED**
October 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BONITA YVONNE WOODARD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-126 |
| | § | |
| CAROLYN W. COLVIN, | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF

Pending before the Court is Plaintiff's Unopposed Motion for Leave to File Reply Brief (Dkt. 12). Said brief would reply to Defendant's Response (Dkt. 11) to Plaintiff's Motion for Summary Judgment (Dkt. 9).

Per Rule 6(C)(4) of this Court's Procedures, "Movant may file a reply within seven calendar days after the non-movant's response. No further briefing should be filed without leave of Court." While Plaintiff could thus file her reply without leave by October 24, 2016, she requests leave to file her reply, not to exceed ten pages, within fifteen days. The Court hereby **GRANTS** Plaintiff's Motion, and **ORDERS** that any Reply Brief be filed on or before **November 2, 2016**.

SIGNED this 19th day of October, 2016.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge